381 A.2d 911

Maydole et al. v. Dade, Appellant.

Argued September 12, 1977. Stephen G. Fox, with him Bernstein, Schlessinger and Fox, for appellant; Joseph N. Bongiovanni, III, and Speese, Bongiovanni and Copeland, submitted a brief for appellees.

Order affirmed. The matter is remanded for further proceedings in accordance with Rule 209 of the Pa.R.C.P.